# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MAURICE MOVING,**          **CASE NO.: 8:23-cv-00874-KKM-JSS**

    **Plaintiff**

v.

**FLEETWASH INC., OF NEW JERSEY,**

    **Defendant.**

_____,

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    **Plaintiff, Maurice Moving, Attorney for Plaintiff Kyle J. Lee, Law firm for Plaintiff, Lee Law PLLC.**

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

    **Defendant, Fleetwash Inc., of New Jersey.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or

twenty largest unsecured creditors) in bankruptcy cases:

**Unknown.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**Plaintiff, Maurice Moving.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: Monday, April 24, 2023

Respectfully Submitted,

/s/ Kyle J. Lee
Kyle J. Lee, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF on this Monday, April 24, 2023.

/S/ Kyle J. Lee
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Leeanna@KyleLeeLaw.com