# VERIFIED RETURN OF SERVICE

Job # 59953

### Client Info:
Lee Law, PLLC
6530 Tampa Executive Airport Road,
Suite 227
Tampa, FL  33610

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| MAURICE MOVING | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** | County of TAMPA DIVISION, Florida |
| FLEETWASH, INC. OF NEW JERSEY | Court Case # **8:23-cv-00874-KKM-JSS** |

### Service Info:

**Received by Doreen Campbell:** on April, 28th 2023 at **11:15 AM**
**Service:** I Served **FLEETWASH, INC. OF NEW JERSEY**
With: **Summons & Complaint**
by leaving with **Greg Fontenot, Jr., Operations Manager, AUTHORIZED TO ACCEPT**

**At Business 7102 N 30TH ST TAMPA, FL 33610**
Latitude: **28.014504**,   Longitude: **-82.428082**

On **5/2/2023** at **02:12 PM**
**Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

### Served Description:  (Approx)

Age: **40**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **180**, Hair: **Brown** Glasses: **No**

I **Doreen Campbell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Doreen Campbell (signature)*

**Doreen Campbell**
Lic # **22-719287**

**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **59953**




1 of 1